# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>            Debtors.<br><br>BOY SCOUTS OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>A.A., *et al.*,<br><br>            Defendants. | Chapter 11<br><br>Case No. 20-10342 (LSS)<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br><br><br>Adv. Pro. No. 20-50527 (LSS) |

## NOTICE OF SERVICE OF SUBPOENA DUCES TECUM

Counsel for The Kentucky Creditors in the above-referenced adversarial proceeding hereby provides notice that service of the subpoena duces tecum (Docket No. 6537-1) directed to JPMorgan Chase Bank, N.A. was completed on October 12, 2021.

                                                                     Respectfully submitted,

                                                                       */s/ Raeann Warner, Esq.*
                                                                       Raeann Warner, Esq. (#4931)
                                                                       Thomas C. Crumplar, Esq
                                                                       Jacobs & Crumplar, P.A.
                                                                       750 Shipyard Dr., Suite 200
                                                                       Wilmington, DE  19801
                                                                       Telephone: (302) 656-5445
                                                                       Facsimile: (302) 656-5875
                                                                       raeann@jcdelaw.com
                                                                       tom@jcdelaw.com

        Tad Thomas, Esq.
        Louis C. Schneider, Esq.
        Thomas Law Offices, PLLC
        9418 Norton Commons Blvd., Suite 200
        Louisville, Kentucky 40059
        Telephone: (502) 473-6540
        Facsimile: (877) 955-7002
        tad@thomaslawoffices.com
        lou.schneider@thomaslawoffices.com
        *Attorneys for The Kentucky Creditors*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served this 13th day of October, 2021 upon counsel for the parties via electronic mail.

        */s/ Raeann Warner, Esq.*
        Raeann Warner, Esq.