

www.saccullolegal.com

27 Crimson King Drive, Bear, Delaware 19701
(302) 836-8877

MARK T. HURFORD
(302) 836-8877
(302) 438-9200 (DIRECT)
MARK@SACCULLOLEGAL.COM

April 10, 2026

**ELECTRONIC MAIL & HAND DELIVERY**

The Honorable Laurie Selber Silverstein
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

> Re: In re Delaware BSA, LLC, Case No. 20-10342 (LSS)
> Discovery Scheduling Dispute Re: Motion for Judicial Resolution of
> <u>Payment Percentage Dispute</u>

Dear Judge Silverstein:

We represent The Honorable Barbara J. Houser (ret.), in her capacity as trustee of the BSA Settlement Trust (the "Trustee") in this matter.  We are writing to address the letter submitted April 9, 2026 by counsel to James Patton, the court-appointed future claimants' representative (the "FCR") for the BSA Settlement Trust.  The FCR wrote in response to the April 7, 2026 letter [D.I. 113] (the "STAC Letter") filed by the Settlement Trust Advisory Committee (the "STAC") in connection with the *Motion of the Future Claimants' Representative for Judicial Resolution of Payment Percentage Dispute* [Case No. 20-10343, D.I. 13451] (the "Motion").

The Trustee writes to clarify the scheduling component of the submission by the FCR regarding the Motion, and specifically, the notion that the Trustee has no basis to object to the FCR's proposed April 15 deadline for the parties' to submit fact witness declarations.  Until recently, the parties had seemed to have agreed on April 20, 2026 as the deadline for these declarations and the Trustee has been proceeding on this basis, including with respect to updating the analysis of the Trust's payment percentage analysis previously provided to the STAC and FCR.  That updated analysis is expected to be provided to the STAC and FCR next week and may be addressed in the witness declarations submitted by the Trust. The Trustee has advised both the FCR and STAC of this timing, and the Trustee's counsel has not agreed to the proposed revision

 **P a g e | 2**

The Hon. Laurie Selber Silverstein
April 10, 2026
Page Two

to this deadline.  For the foregoing reasons, the Trustee respectfully requests that the deadline for the submission of fact witness declarations remain at April 20, 2026.

The Trustee's counsel is available if the Court has any questions.

Respectfully submitted,

*/s/ Mark T. Hurford*

Mark T. Hurford