## **EXHIBIT A**

# GLEN POUNDER, LLM

Dallas, USA

### GLOBAL INVESTIGATION & INTELLIGENCE – SAFEGUARDING EXECUTIVE - CHILD PROTECTION – PARTNERSHIPS - RISK MANAGEMENT

Accomplished, results-driven, and skilled law enforcement professional and nonprofit executive with over 30 years of experience, possessing key strengths in intelligence, investigation, safeguarding, child protection, risk analysis and mitigation, and partnership development. Proven track record of successfully employing comprehensive problem-solving strategies to address complex crime-related issues while maximizing available resources. Held a top-secret security clearance for decades and managed sensitive intelligence involving drugs, money laundering, fraud, firearms, and child protection cases. Demonstrates the ability to perform in rapidly changing and emotionally charged scenarios, collaborate effectively, communicate clearly, and apply a process-oriented approach, yielding outstanding results. A founding board member of Raven and a recently added member of OCEPI.

- Child Exploitation investigations
- Risk Identification & Management
- Transparency & Reporting
- Training Design and Delivery.

- Organizational and Team Leadership
- Surveillance, Security, and Safety
- Project/Program Management
- Governance

- Intelligence Gathering & Development
- Best Practices and Compliance
- Nonprofit leadership
- Policy development and implementation.

## PROFESSIONAL EXPERIENCE

### Chief Safeguarding Officer, Scouting America 2023 – date

Glen Pounder oversees the national assessment and supervision of all youth safeguarding prevention and response activities. His responsibilities include policy formulation, collaboration with the General Counsel, training, reporting to the CEO and the National Executive Board, strategic planning, fostering external partnerships, managing communications, engaging with new legislation and academia, and involving the survivor community.

- ➢ Developed and implemented a plan to fulfill nonmonetary commitments based on the Boy Scouts of America bankruptcy agreement. In parallel, it moved beyond what was required to embed "safeguarding youth" as a new concept and value for the Scouting movement.
- ➢ Forged collaborative relationships with the Scouting America governance board and over 200 Scouting Councils nationwide.
- ➢ The executive leadership of National Membership Standards and Safety teams includes mandatory reporting, compliance, and education strategies.
- ➢ Produced new safeguarding policies and procedures, which include measures to prevent peer-on-peer abuse and enable anonymous reporting, have been developed and implemented as preventive tools.
- ➢ Overhauled Scouting's prevention training materials (for adults, youth, and parents) using a network of contacts to bring subject matter experts to input on key topics.
- ➢ Established a partnership with DHS as a strategic partner in "Know2Protect", the first and only youth-serving organization to play a role in the opening of this prevention effort.
- ➢ Drafted a new resource for youth-serving organizations regarding the threat of "deepfake" imagery.
- ➢ Designed and delivered prevention workshops to educate and share knowledge with groups nationwide.
- ➢ Designed and delivered a Safeguarding Symposium with expert national and international speaker input.
- ➢ Launched a new US-wide initiative (April 2025) to provide resources for youth whose friends are suffering from abuse.
- ➢ Oversight and guidance on mental health and resilience.

# GLEN POUNDER, LLM

Dallas, USA

## Chief Operating Officer, Child Rescue Coalition (CRC) 2019 – 2023

Approached to lead CRC's strategic engagement with law enforcement and other external partners to drive forward delivery in combatting child sexual abuse.

Served as an expert in achieving operational results through strategic and operational engagement
- Developed and implemented a **strategic plan to improve national and international partnerships**.
- Represent CRC as a child abuse **subject matter expert at national and international events**, news media interviews, workshops, and symposiums.
- **Designed and delivered child protection workshops to educate** and share knowledge at the government level internationally.
- Proposed, designed, and **implemented a policy framework along with policy documents** across a range of topic areas while briefing and achieving the support of the CRC nonprofit board.
- Designed and **implemented protection from sexual exploitation and abuse policy** to United Nations Standards.
- Assessed and identified CRC vulnerabilities and risk areas before developing an **ongoing risk register with mitigation strategies.**
- Worked closely with the Canadian Center for Child Protection to **develop a restitution strategy for child sexual abuse survivors.**
- Identified and secured significant funding to **develop and deliver new technology to combat child sexual abuse.**
- Briefing and **preparation of CEO for CRC Board meetings**.
- Management and approval of **external communications in collaboration with the marketing team**.

## International Liaison Officer, Switzerland, National Crime Agency 2017 – 2019

Selected to open a new liaison post for the NCA in Switzerland and Liechtenstein.

My duties included liaising with law enforcement and prosecution authorities in Switzerland and Liechtenstein regarding all aspects of serious and organized crime, including highly sensitive kleptocracy cases.
- Established a new NCA office within the British Embassy, Bern.
- Designed and delivered engagement strategy to build a relevant network of liaison contacts with federal and local law enforcement and judiciary.
- Budget management system delivered.
- Designed and delivered case management system.
- Identified multiple strands to deliver operational successes for both jurisdictions.
- Subject matter expert for all aspects of crime as part of embassy "partners across government" team.
- Developed a new methodology for combatting child sexual abuse involving financial transactions and secure technology.
- Advice to HM Ambassador and Foreign Office colleagues regarding strategic law enforcement delivery.

## International Liaison Officer, North America and Northern Caribbean, National Crime Agency 2012-2017

Strategically oversees intelligence development and evidential leads against the most serious and organized criminals; serves in a critical liaison role with major federal agencies in the USA, Canada, and the British Caribbean Overseas Territories (Cayman Islands, Turks and Caicos, Montserrat, Anguilla, Bermuda, and British Virgin Islands). Actively engages with case agents from management levels to decision makers; guides UK-appointed Governors in Overseas UK Territories.
- Operation Caribbean Guardian: **Spearheaded and delivered a platform for Caribbean basin nations to address the threat of child sexual exploitation using advanced intelligence from internet-based technologies.** Designed a staged engagement to garner support, enabling

# GLEN POUNDER, LLM

Dallas, USA

jurisdictions to manage their own cases eventually and successfully shared this model with colleagues in Central and South America.

- Designed and **delivered a strategy to combat firearms being exported from the USA to the UK using "Dark Web" sites.**
- **Increased the number and quality of confidential human intelligence sources** (informants) handled by the NCA.
- **Multiple cases involving huge cocaine seizures destined both for the USA and Europe.**
- **Supervision of Financial Crime Liaison officer and office manager.**
- **Educated UK authorities on strategies for investigating financial crime – notably, the proactive use of SARs and Trade-Based Money Laundering.**

**Operations Senior Officer,** Serious Organized Crime Agency, Newcastle, England 2009-2012

I was directly responsible for staff leadership, supervision, and development, including Intelligence, financial intelligence, and Investigation Officers. I actively managed the team to identify and investigate serious and organized crime, as well as authorize covert activities.

- Successfully identified the northeast England region that was not targeting the high echelons of organized crime and **arranged to enhance intelligence flows and engagement with local police forces.**
- Responsible for all security aspects of SOCA premises, including planned evaluation, education, and monitoring of standards. Acting on security breaches using agency standards.

**SOCA Liaison Officer,** Serious Organized Crime Agency, Lisbon, Portugal 2003-2009

I served as the sole UK Law Enforcement Liaison in Portugal, providing expertise in military law enforcement collaboration for counter-drug operations. I was personally requested to extend my stay to help design and deliver the Maritime Analysis and Operations Centre, Narcotics (MAOC–N), alongside law enforcement and military personnel from seven jurisdictions, aimed at reducing the flow of cocaine across the Atlantic. I led the internationally acclaimed unit that seizes tons of cocaine annually.

- Successfully **led to the seizure of more than 50 tons of cocaine in Portugal**.
- Was responsible for arranging the UK Law Enforcement response to the disappearance of Madeleine McCann. **A very high-profile case requiring a great deal of diplomacy in highly emotional circumstances.**
- Successfully delivered operational outcomes on a range of crime types; received recognition regarding the identification and extradition of a dangerous British pedophile.
- **Represented MAOC at international conferences for senior military and law enforcement** in multiple continents.
- **Handled all questions on complex legal issues** (international boarding of vessels at sea), abiding by UN Conventions on the Laws of the Sea.
- **Combatted known UK hooligans via sensitive intelligence operation Euro 2024.**
- Strategically **identified the need to have a West African-based response to counter drug operations; designed a program to engage the country of Cape Verde at the ministerial level;** gained political support for a Law Enforcement Detachment (LEDET); delivered the program on time; the unit has completed live operations in seizing cocaine at sea.
- **Obtained funding from UNODC to deliver an international symposium concerning international boarding at sea;** arranged attendance across USA, Europe, South America, and Africa; delivered a successful seminar, which ultimately led to Sierra Leone authorities giving the US immediate permission to board a Sierra Leone flagged vessel.

**Various Investigation and Intelligence Roles,** Her Majesty's Customs and Excise, London, England 1988-2003

Effectively trained and supervised a team of 1 to 4 investigation officers; audited and assessed businesses registered for UK VAT; identified and issued tax penalty assessments when necessary. Served as Case Officer and Senior Officer for complex drug trafficking and money laundering investigations.

# GLEN POUNDER, LLM

Dallas, USA

> ➤ Completed extensive professional training courses in **covert investigations, surveillance, informant management, intelligence development, legal procedures, and prosecution** at Crown Court.

## CERTIFICATIONS, AWARDS AND TRAINING

- **LLM Internet Law and Policy**
- **Visionary Child Protection Practitioner Award 2023 Anglia Ruskin University 2023**
- **Certificate of Appreciation (Rear Admiral Tomney US Coast Guard) in respect of outstanding commitment to interagency work 2012 to 2017**
- **Investigator of the Year Award 2017 (Child Rescue Coalition)**
- **(CFCS) Certified Financial Crime Specialist Certification,** 2016
- **Director's Commendation – National Crime Agency (firearms trafficking investigations).**
- **International Liaison Officer Training,** Serious Organized Crime Agency (UK), 2012
- **National Crime Squad Covert Human Intelligence Handling,** National Crime Squad, 2003
- **Advanced Level English,** Merton College, 1991
- **Praesidium Safeguarding 2026**


Designed and led child protection education and awareness workshops in Vietnam and Morocco 2019, 2020

Produced educational materials in connection with Child Exploitation Prevention

Personally designed, arranged, and chaired two multi-national workshops
Child Exploitation Workshop, National Crime Agency, 2016
Dark Web Firearms Workshop, National Crime Agency, 2015

Presenter/expert on Child Exploitation investigations at multi-national events
Pro Child Conference, Cuba 2017
International Association of Prosecutors Conference Jamaica November 2016
Ameripol Conference Quito, 2015

## ADDITIONAL CREDENTIALS

- **Fluent in English and Portuguese;** basic understanding of Spanish.
- **Highly experienced in capacity building and operational roles on a global scale,** including Portugal, Spain, The Netherlands, France, Germany, Italy, South Africa, Senegal, Cape Verde, Brazil, Ecuador, USA, Canada, British Virgin Islands, Cayman Islands, Anguilla, Montserrat, St. Maarten, Curacao, Bermuda, Turks and Caicos Islands, Barbados, St. Kitts, Aruba, Mexico and Martinique.
- **Proficient with Microsoft Office Suite, MS Outlook** – quick to learn new software.
- **Advanced Level English language**