**Potter Anderson & Corroon LLP**
1313 North Market Street, 6th Floor
Wilmington, Delaware  19801-6108
302.984.6000
potteranderson.com



Jeremy W. Ryan
Partner
jryan@potteranderson.com
Direct  302.984.6108

April 15, 2026

**<u>By Hand</u>**

Hon. Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court for the District of Delaware
824 North Market Street
6th Floor
Wilmington, DE  19801

Re:    In re Delaware BSA, LLC.
       Chapter 11 Case No. 20-10342 (LSS) (Jointly Administered)
       <u>Letter to the Honorable Chief Judge Laurie Selber Silverstein Regarding Discovery
       Scheduling Dispute re: FCR's Motion for Judicial Resolution of Payment Percentage
       Dispute (Docket No. 113)</u>

Dear Judge Silverstein,

The undersigned counsel represents the Settlement Trust Advisory Committee (the "<u>STAC</u>") in the above-referenced chapter 11 case. We write to supplement our April 7, 2026 letter (Docket No. 113) (the "<u>April 7 Letter</u>")[1] that had requested the Court's resolution of issues related to the *Motion of the Future Claimants' Representative for Judicial Resolution of Payment Percentage Dispute* (Case No. 20-10343, Docket No. 13451) (the "<u>Motion</u>").

When the April 7 Letter was filed, the FCR had only produced reliance materials for the Revised Ankura Report, which production had only occurred on Friday April 3, 2026 but, for several of the most important worksheets, the FCR did not include the formulas and calculations underlying Ankura's work.  The FCR did not produce any reliance materials with respect to the Initial Ankura Report beyond the report itself and raw data file until April 8, 2026.  The FCR has still not produced reliance materials for the 2019-2022 Ankura Estimation, which is the primary discovery dispute pending before this Court.  This left Bates White with less than two weeks with the production of Revised Ankura Report reliance materials and about a week with the Initial Ankura Reliance materials.

---

[1] Capitalized terms used, but not otherwise defined herein shall have the meaning ascribed to them in the April 7 Letter.

The STAC's April 7 Letter originally proposed the STAC to produce an expert report on April 15 that included both its affirmative expert report as well as a rebuttal to those Ankura reports for which productions of materials that Ankura relied upon were timely made. This commitment was made because the STAC was working back from the May 13 and 14 hearing dates and seeking to propose a schedule for expert reports and discovery within that time frame. While the STAC was willing to absorb some of the prejudice created by the delays in Ankura production to keep this matter on track for the May hearing dates, it was not yet obvious just how much prejudice the STAC would be facing due to Ankura's delays. Despite the best efforts of Bates White, producing a rebuttal report to the Ankura's conclusions was simply not possible on the time frame initially proposed by the STAC.

Accordingly, the STAC requests revised relief. The STAC will submit its affirmative expert report on April 15, 2026, and intends to simultaneously produce its reliance materials.[2] Should the Court direct the FCR the FCR to produce the 2019-2022 Ankura reliance materials, the STAC will provide a rebuttal expert report to the entirety of Ankura's work and conclusions within fourteen (14) days after receiving the last document in customary and accepted format for economic expert reports (namely, underlying data and analysis with the coding used for all formulas and calculations). Should the Court deny the STAC's request for those materials, the STAC will provide its rebuttal report within 14 days of the Court's ruling. The STAC understands that this may impact the May 13 and May 14 hearing dates. While the STAC would like to preserve those dates if at all possible, it is more important that the STAC be afforded a reasonable amount of time with Ankura's reliance materials.

Respectfully submitted,

*/s/ Jeremy W. Ryan*

Jeremy W. Ryan

---

[2] The STAC notes that with respect to the work and conclusions of Bates White for the 2022 confirmation hearing with respect to Future Claims, the FCR, as a party to those proceedings, received a full production of Bates White materials as each Bates White report was issued in 2021 and 2022. The STAC also produced to the FCR another complete set of the reliance materials for the conclusions related to Future Claims on April 2, 2026.