**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DELAWARE BSA, LLC[1] | Case No. 20-10342 (LSS) |
| | (Jointly Administered) |
| Reorganized Debtor. | **Re:  Docket Nos. 113, 126, 156, 158** |

## NOTICE OF HEARING REGARDING DISCOVERY DISPUTE

**PLEASE TAKE NOTICE** that there is a discovery dispute pertaining to the *Motion of the Future Claimants' Representative for Judicial Resolution of Payment Percentage Dispute* (Case No. 20-10343, Docket No. 13451) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing regarding the discovery dispute to be held on **April 29, 2026 at 2:00 p.m. (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the Court, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

---

[1] The last four digits of the tax identification number of Reorganized Debtor Delaware BSA, LLC are 4311. The Reorganized Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038. On March 13, 2026, the Court entered a final decree closing the chapter 11 case of Boy Scouts of America. *See* Case No. 20-10343, Docket No. 13530. Commencing on March 13, 2026, all motions, notices, and other pleadings relating to the Reorganized Debtors shall be filed and administered in the remaining chapter 11 case of Delaware BSA, LLC, Case No. 20-10342.

Dated: April 22, 2026
      Wilmington, Delaware

Respectfully submitted,

*/s/ Andrew L. Brown*

Jeremy W. Ryan (No. 4057)
Jesse L. Noa (No. 5973)
Andrew L. Brown (No. 6766)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:   jryan@potteranderson.com
           jnoa@potteranderson.com
           abrown@potteranderson.com
           srizvi@potteranderson.com

*Counsel for the Settlement Trust Advisory Committee*

2

12772706v.2