**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DELAWARE BSA, LLC,[1] | Case No. 20-10342 (LSS) |
| Reorganized Debtor. | |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON APRIL 29, 2026, AT 2:00 P.M. EASTERN TIME**

**This hearing will be conducted in-person, and any exceptions must be approved by chambers.**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**

***The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.***

**After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

**Topic: Delaware BSA, LLC**

**Time:  April 29, 2026, at 2:00 p.m. Eastern Time (US and Canada)**

MATTER GOING FORWARD:

1.    Letter to the Honorable Chief Judge Laurie Selber Silverstein Regarding Discovery Scheduling Dispute re: FCR's Motion for Judicial Resolution of Payment Percentage Dispute (Case No. 20-10343; Docket No. 13451) (D.I. 113, filed 04/07/26).

---

[1]    The last four digits of tax identification number of Reorganized Debtor Delaware BSA, LLC are 4311. The Reorganized Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.  On March 13, 2026, the Court entered a final decree closing the chapter 11 case of Boy Scouts of America. *See* Docket No. 13530 in Case No. 20-10343.  Commencing on March 13, 2026, all motions, notices and other pleadings relating to the Reorganized Debtors shall be filed and administered in the remaining chapter 11 case of Delaware BSA, LLC, Case No. 20-10342.

<u>Responses Received</u>:

a)      Letter to the Honorable Laurie Selber Silverstein in Response to Settlement Trust Advisory Committee's Letter Regarding Discovery Scheduling Dispute re: FCR's Motion for Judicial Resolution of Payment Percentage Dispute (Case No. 20-10343; Docket No. 13451) (<u>D.I. 126</u>, filed 04/09/26); and

b)      Letter to the Honorable Laurie Selber Silverstein in Response to Settlement Trust Advisory Committee's Supplemental Letter Regarding Discovery Scheduling Dispute re: FCR's Motion for Judicial Resolution of Payment Percentage Dispute (Case No. 20-10343; Docket No. 13451) (<u>D.I. 158</u>, filed 04/15/26).

<u>Related Pleadings</u>:

a)      Supplemental Letter to the Honorable Chief Judge Laurie Selber Silverstein Regarding Discovery Scheduling Dispute re: FCR's Motion for Judicial Resolution of Payment Percentage Dispute (Case No. 20-10343; Docket No. 13451) (<u>D.I. 156</u>, filed 04/15/26); and

b)      Notice of Hearing Regarding Discovery Dispute (<u>D.I. 191</u>, filed 04/22/26).

<u>Status</u>: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated:  April 27, 2026
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Sophie Rogers Churchill*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Sophie Rogers Churchill (No. 6905)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
      aremming@morrisnichols.com
      srchurchill@morrisnichols.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email:  mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com

ATTORNEYS FOR THE REORGANIZED
DEBTOR