**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DELAWARE BSA, LLC, | Case No. 20-10342 (LSS) |
| Reorganized Debtor.[1] | **Related D.I. Nos: 99/100, 187/188** |

**RESPONSE OF THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST, TO CLAIMANT S.S.'S MOTION FOR LEAVE TO FILE CLAIM IDENTIFIED AS LATE BY TRUST [D.I. 99/100]**

The Honorable Barbara J. Houser (Ret.) (the "Trustee"), in her capacity as Trustee of the BSA Settlement Trust (the "Trust"), hereby submits this Response (the "Response") to Claimant S.S.'s *Motion for Leave to File Claim Identified as Late by Trust as Timely Filed* [D.I. 99/100] (the "Motion"). In support of her Response, the Trustee respectfully states and alleges as follows:

**BACKGROUND**

The Bar Date for the filing of Proofs of Claim was November 16, 2020. Bar Date Order, Case No. 20-10343 [D.I. 695]. Omni received S.S.'s Proof of Claim on November 19, 2020. *See* Motion at 3. Separately, on October 25, 2021, Omni received a ballot from S.S. in which he elected the Expedited Distribution option. Ballot for Class (Direct Abuse Claims) for S.S. at 6, attached hereto as Exhibit A. Through his Motion, S.S. seeks an order allowing his untimely Proof of Claim to be deemed timely so that his Claim can be processed and evaluated by the Trust in accordance with the Trust Distribution Procedures.

---

[1] The last four digits of the tax identification number of Reorganized Debtor Delaware BSA, LLC ("Delaware BSA") are 4311. The Reorganized Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038. On March 13, 2026, the Court entered a final decree closing the chapter 11 case of Boy Scouts of America. *See* Docket No. 13530 in Case No. 20-10343. Commencing on March 13, 2026, all motions, notices, and other pleadings relating to the Reorganized Debtors shall be filed and administered in the remaining chapter 11 case of Delaware BSA, LLC Case No. 20-10342.

**RESPONSE**

Based upon the circumstances described in S.S.'s motion that led to the late filing of his Proof of Claim and in recognition of the Court's prior rulings on similar motions, the Trustee has no opposition to S.S.'s Motion. Once the Court enters an Order, the Trust will treat S.S.'s Claim as timely filed. As S.S. submitted a ballot in which he elected the Expedited Distribution option, the Trust will treat his claim as an Expedited Distribution Claim and will send him the appropriate materials to finalize his Claim.[2]

Dated:  April 28, 2026
Wilmington, DE

**A.M. SACCULLO LEGAL, LLC**

*/s/ Mark T. Hurford*
Mark T. Hurford (DE Bar No. 3299)
27 Crimson King Drive
Bear, DE  19701
Telephone:  (302) 836-8877
Email:   mark@saccullolegal.com

- AND -

**GILBERT LLP**
Kami E. Quinn (admission *pro hac vice*)
Emily P. Grim (admission *pro hac vice*)
Michael B. Rush (admission *pro hac vice*)
Brittney M. Welch (admission *pro hac vice)*
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC  20003
Telephone:  (202) 772-2200
Email:   quinnk@gilbertlegal.com
            grime@gilbertlegal.com
            rushm@gilbertlegal.com
            welchb@gilbertlegal.com

*Attorneys for the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust*

---

[2] The Trust notes that it sent S.S. a Matrix Claims Questionnaire, as it did with all incarcerated claimants, before determining that S.S. had submitted a ballot electing the Expedited Distribution option.

2