**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DELAWARE BSA, LLC, | Case No. 20-10342 (LSS) |
| Reorganized Debtor.[1] | **Related D.I. Nos: 13295/13296, 13368, 170** |

**THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST, RESPONSE TO COURT'S APRIL 20, 2026 SCHEDULING ORDER REGARDING K.W.**

The Honorable Barbara J. Houser (Ret.) (the "Trustee"), in her capacity as trustee of the BSA Settlement Trust (the "Trust"), hereby submits this Response (the "Response") to the Court's April 20, 2026 Scheduling Order [D.I. 170] as it pertains to Claimant K.W.

The Court's Scheduling Order lists K.W.'s Motion to Contest Orders [D.I. 13295/13296] ("K.W. Motion") and orders the Trustee to submit any objection to the K.W. Motion by April 28, 2026. The Trustee notes that she previously filed an objection to the K.W. Motion and incorporates that pleading as if fully set forth herein. *See* Opposition of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Claimant K.W.'s Motion to Contest the Fraudulent and Void Orders Entered and Request for all Request and Motions be Re-Set for Re-Scheduled Hearing [D.I. 13368].

Additionally, at the April 14, 2026 Omnibus Hearing, the Court requested the Trustee to complete its evaluation of K.W.'s Claim by the May 12, 2026 Omnibus Hearing (the "May Omnibus Hearing") or be prepared to explain why the evaluation was not completed. The Court

---

[1] The last four digits of the tax identification number of Reorganized Debtor Delaware BSA, LLC ("Delaware BSA") are 4311. The Reorganized Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038. On March 13, 2026, the Court entered a final decree closing the chapter 11 case of Boy Scouts of America. *See* Docket No. 13530 in Case No. 20-10343. Commencing on March 13, 2026, all motions, notices, and other pleadings relating to the Reorganized Debtors shall be filed and administered in the remaining chapter 11 case of Delaware BSA, LLC Case No. 20-10342.

also ordered the Trustee to submit a status report on K.W.'s Claim in advance of the May Omnibus Hearing.  The Trustee expects that the Trust will have completed its evaluation of K.W.'s Claim within the next week to 10 days, at which point the Trustee will provide the Court with a further status update.

Dated:  April 28, 2026
Wilmington, DE

**A.M. SACCULLO LEGAL, LLC**

*/s/ Mark T. Hurford*
Mark T. Hurford (DE Bar No. 3299)
27 Crimson King Drive
Bear, DE  19701
Telephone:  (302) 836-8877
Facsimile:  (302) 836-8787
Email:  mark@saccullolegal.com

- AND -

**GILBERT LLP**
Kami E. Quinn (admission *pro hac vice*)
Emily P. Grim (admission *pro hac vice*)
Michael B. Rush (admission *pro hac vice*)
Brittney M. Welch (admission *pro hac vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC  20003
Telephone:  (202) 772-2200
Facsimile:  (202) 772-3333
Email:  quinnk@gilbertlegal.com
        grime@gilbertlegal.com
        rushm@gilbertlegal.com
        welchb@gilbertlegal.com

*Attorneys for the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust*

2