**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DELAWARE BSA, LLC,[1] | Case No. 20-10342 (LSS) |
| Reorganized Debtor. | **Re: D.I. 449** |

**NOTICE OF FILING OF PROPOSED REDACTED VERSION OF THE STATEMENT
OF THE REORGANIZED DEBTORS IN RESPONSE TO THE MOTION OF THE
FUTURE CLAIMANTS' REPRESENTATIVE FOR JUDICIAL RESOLUTION OF
PAYMENT PERCENTAGE DISPUTE**

PLEASE TAKE NOTICE that on June 2, 2026, the reorganized debtor in the above-captioned chapter 11 case (the "Reorganized Debtor") filed under seal the *Statement of the Reorganized Debtors in Response to the Motion of the Future Claimants' Representative for Judicial Resolution of Payment Percentage Dispute Filed by Delaware BSA, LLC* (D.I. 449) (the "Response") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that in accordance with rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, attached hereto as **Exhibit A** is the Reorganized Debtor's proposed redacted version of the Response.

*[Remainder of Page Intentionally Left Blank]*

---

[1]   The last four digits of the tax identification number of Reorganized Debtor Delaware BSA, LLC ("Delaware BSA") are 4311. The Reorganized Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038. On March 13, 2026, the Court entered a final decree closing the chapter 11 case of Boy Scouts of America. *See* Docket No. 13530 in Case No. 20-10343. Commencing on March 13, 2026, all motions, notices, and other pleadings relating to the Reorganized Debtors shall be filed and administered in the remaining chapter 11 case of Delaware BSA, LLC Case No. 20-10342.

Dated:  June 8, 2026
 Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Sophie Rogers Churchill*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Sophie Rogers Churchill (No. 6905)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
  aremming@ morrisnichols.com
  srchurchill@morrisnichols.com

*– and –*

**WHITE & CASE LLP**

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice)*
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
  mlinder@whitecase.com
  laura.baccash@whitecase.com

*Attorneys for the Reorganized Debtor*