**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DELAWARE BSA, LLC,<br><br>      Reorganized Debtor.[1] | Chapter 11<br>Case No. 20-10342 (LSS)<br><br>Related D.I. No.: 448 |

**NOTICE OF FILING OF PROPOSED REDACTED VERSION OF THE
OPPOSITION OF THE HONORABLE BARBARA J. HOUSER (RET.), IN HER
CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST, TO THE MOTION
OF THE FUTURE CLAIMANTS' REPRESENTATIVE FOR JUDICIAL RESOLUTION
OF PAYMENT PERCENTAGE DISPUTE**

**PLEASE TAKE NOTICE** that the Honorable Barbara J. Houser (Ret.), in her capacity as

Trustee of the BSA Settlement Trust, has today filed the proposed redacted version of the

*Opposition of the Honorable Barbara J. Houser (Ret.) in her Capacity as Trustee of the BSA*

*Settlement Trust, to Motion of the Future Claimants' Representative for Judicial Resolution of*

*Payment Percentage Dispute*, which was previously filed under seal at Docket Number 448.

Dated: June 10, 2026
Wilmington, Delaware

                               **A.M. SACCULLO LEGAL, LLC**

                               */s/ Mark T. Hurford*
                               Mark T. Hurford (DE Bar No. 3299)
                               27 Crimson King Drive
                               Bear, DE 19701
                               Telephone: (302) 836-8877
                               Email: mark@saccullolegal.com

                               – AND –

---

[1] The last four digits of the tax identification number of Reorganized Debtor Delaware BSA, LLC are 4311. The Reorganized Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038. On March 13, 2026, the Court entered a final decree closing the chapter 11 case of Boy Scouts of America. *See* Docket No. 13530. Commencing on March 13, 2026, all motions, notices, and other pleadings relating to the Reorganized Debtors shall be filed and administered in the remaining chapter 11 case of Delaware BSA, LLC Case No. 20-10342.

**GILBERT LLP**
Kami E. Quinn (admission *pro hac vice*)
Emily P. Grim (admission *pro hac vice*)
Michael B. Rush (admission *pro hac vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC  20003
Telephone:  (202) 772-2200
Facsimile:   (202) 772-3333
Email:  quinnk@gilbertlegal.com
            grime@gilbertlegal.com
            rushm@gilbertlegal.com

*Attorneys for the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust*