# EXHIBIT A





Privileged and Confidential

2



Privileged and Confidential

ankura

3



Privileged and Confidential



Privileged and Confidential



Privileged and Confidential





Privileged and Confidential

ankura

Privileged and Confidential



Privileged and Confidential

ankura





Privileged and Confidential

