**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELAWARE BSA, LLC[1] | Case No. 20-10342 (LSS) |
| Reorganized Debtor | |
| | **Re: Docket No. 454** |

**NOTICE OF FILING OF PROPOSED REDACTED VERSION OF
THE SETTLEMENT TRUST ADVISORY COMMITTEE'S OBJECTION
TO THE FUTURE CLAIMANTS' REPRESENTATIVE'S MOTION FOR
JUDICIAL RESOLUTION OF PAYMENT PERCENTAGE DISPUTE**

**PLEASE TAKE NOTICE** that on June 5, 2026, The Settlement Trust Advisory Committee (the "STAC"), filed *The Settlement Trust Advisory Committee's Objection to the Future Claimants' Representative Motion for Judicial Resolution of Payment Percentage Dispute* [Docket No. 454] (the "Objection") under seal with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to rule 9018-1(d)(i) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, attached hereto as **Exhibit A** is the proposed redacted version of the Objection.

---

[1]   The last four digits of the tax identification number of Reorganized Debtor Delaware BSA, LLC are 4311. The Reorganized Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038. On March 13, 2026, the Court entered a final decree closing the chapter 11 case of Boy Scouts of America. *See* Case No. 20-10343, Docket No. 13530. Commencing on March 13, 2026, all motions, notices, and other pleadings relating to the Reorganized Debtors shall be filed and administered in the remaining chapter 11 case of Delaware BSA, LLC, Case No. 20-10342.

Dated: June 11, 2026
    Wilmington, Delaware

Respectfully submitted,

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (No. 4057)
Jesse L. Noa (No. 5973)
Andrew L. Brown (No. 6766)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:   jryan@potteranderson.com
        jnoa@potteranderson.com
        abrown@potteranderson.com
        srizvi@potteranderson.com

*Counsel for the Settlement Trust Advisory Committee*

**EXHIBIT A**

12968320v.1