## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan, do hereby certify that on June 11, 2026, a copy of the foregoing *Notice of Filing of Proposed Redaction Version of The Settlement Trust Advisory Committee's Objection to the Future Claimants' Representative Motion for Judicial Resolution of Payment Percentage Dispute* was served upon the parties listed below by electronic mail.

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (No. 4057)

**Counsel to Future Claimants' Representative**

Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Kenneth J. Enos, Esq.
Michael S. Neiburg, Esq.
Christopher M. Lambe, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: rbrady@ycst.com
    eharron@ycst.com
    kenos@ycst.com
    mneiburg@ycst.com
    clambe@ycst.com

**Counsel for the Reorganized Debtor**

Derek C. Abbott, Esq.
Sophie Rogers Churchill, Esq.
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com
    srchurchill@morrisnichols.com

**Counsel for the Reorganized Debtor**

Michael C. Andolina, Esq.
WHITE & CASE LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com

Christopher T. Hurley, Esq.
HURLEY, MCKENNA & MERTZ P.C**.**
20 S. Clark Street, Suite 2250
Chicago, Illinois 6060
Email: churley@hurley-law.com

**Counsel for the Honorable Barbara J. Houser (Ret), Trustee**

Mark T. Hurford, Esq.
A.M. SACCULLO LEGAL, LLC
27 Crimson King Drive
Bear, DE 19701
Email: mark@saccullolegal.com

**Counsel for the Honorable Barbara J. Houser (Ret), Trustee**

Craig J. Litherland, Esq.
Kami E. Quinn, Esq.
Emily P. Grim, Esq.
Michael B. Rush, Esq.
Stephanie Seymour, Esq.
Jacob Bullis, Esq.
Sam Shirzadi, Esq.
GILBERT LEGAL
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Email: litherlandc@gilbertlegal.com
        quinnk@gilbertlegal.com
        grime@gilbertlegal.com
        rushm@gilbertlegal.com
        seymours@gilbertlegal.com
        bullisj@gilbertlegal.com
        shirzadis@gilbertlegal.com

12967545v.1