**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>DELAWARE BSA, LLC,<br><br>     Reorganized Debtor.[1] | Chapter 11<br>Case No. 20-10342 (LSS)<br><br>**Objection Deadline: July 6, 2026 @ 4:00 pm**<br>**Hearing Date: July 24, 2026 at 10:00 am** |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that, on June 22, 2026, the Honorable Barbara J. Houser (Ret.), in her capacity as trustee of the BSA Settlement Trust (the "**Trust**"), filed the *Motion of the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, for Entry of an Order Enforcing the Plan and Confirmation Order* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the relief sought in the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 6, 2026, at 4:00 p.m. (ET)** (the "**Objection Deadline**"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will be held on **July 24, 2026 at 10:00 am (ET)** (the "**Hearing**") before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court located at 824 N. Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

---

[1] The last four digits of the tax identification number of Reorganized Debtor Delaware BSA, LLC are 4311. The Reorganized Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038. On March 13, 2026, the Court entered a final decree closing the chapter 11 case of Boy Scouts of America. *See* Docket No. 13530. Commencing on March 13, 2026, all motions, notices, and other pleadings relating to the Reorganized Debtors shall be filed and administered in the remaining chapter 11 case of Delaware BSA, LLC Case No. 20-10342.

**PLEASE TAKE FURTHER NOTICE** THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  June 22, 2026
Wilmington, Delaware

**A.M. SACCULLO LEGAL, LLC**

*/s/ Mark T. Hurford*
Mark T. Hurford (DE Bar No. 3299)
27 Crimson King Drive
Bear, DE 19701
Telephone:  (302) 836-8877
Email:  mark@saccullolegal.com


– AND –


**GILBERT LLP**
Kami E. Quinn (admission *pro hac vice*)
Emily P. Grim (admission *pro hac vice*)
Craig J. Litherland (admission *pro hac vice*)
Michael B. Rush (admission *pro hac vice*)
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC  20003
Telephone:  (202) 772-2200
Email:  quinnk@gilbertlegal.com
        litherlandc@gilbertlegal.com
        grime@gilbertlegal.com
        rushm@gilbertlegal.com


– AND –


**BROWN RUDNICK LLP**
David J. Molton (admission *pro hac vice*)
Michael S. Winograd (admission *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Email:  dmolton@brownrudnick.com
        mwinograd@brownrudnick.com

*Attorneys for the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust*