# EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELAWARE BSA, LLC, | Case No. 20-10342 (LSS) |
| Debtors.[1] | |

**ORDER GRANTING MOTION OF THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST, FOR ENTRY OF AN ORDER ENFORCING THE PLAN AND CONFIRMATION ORDER**

Upon consideration of the Motion of the Honorable Barbara J. Houser (Ret.), in Her Capacity as Trustee of the BSA Settlement Trust, for Entry of an Order Enforcing the Plan and Confirmation Order (the "Motion")[2] seeking entry of an order (a) enforcing the Plan and Confirmation Order, and (b) directing the Settling Insurers, pursuant to Bankruptcy Code sections 105(a) and 1142(b), to execute Disbursement Instructions in the form consented to by the Trustee and the Reorganized Debtors, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice

---

[1] The last four digits of the tax identification number of Reorganized Debtor Delaware BSA, LLC ("Delaware BSA") are 4311.  The Reorganized Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.  On March 13, 2026, the Court entered a final decree closing the chapter 11 case of Boy Scouts of America.  *See* Dkt. No. 13530 in Case No. 20-10343.  Commencing on March 13, 2026, all motions, notices, and other pleadings relating to the Reorganized Debtors shall be filed and administered in the remaining chapter 11 case of Delaware BSA, LLC Case No. 20-10342.

[2] Capitalized terms use but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

of the Motion having been provided; and it appearing that no other or further notice of the Motion need be provided; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their respective estates and creditors, and all parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the record of the Hearing, and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      Each Settling Insurer is hereby directed, pursuant to Bankruptcy Code sections 105(a) and 1142(b), to execute Disbursement Instructions with respect to the applicable escrow account, in the form consented to by the Trustee and the Reorganized Debtors, within fourteen (14) days after entry of this Order.

3.      The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order, including without limitation, authorization to seek sanctions in the event that any Settling Insurer fails to comply with this Order within fourteen (14) days after entry of this Order.

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      All objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations or rights included therein, are overruled on the merits.

6.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.