# EXHIBIT B-3

# brownrudnick

DAVID J. MOLTON
dmolton@brownrudnick.com

February 17, 2026

**VIA EMAIL**

Robert Koscielniak
Vice President Mass Litigation
Zurich North America
1400 American Lane Tower
Tower 2, 7th Floor
Schaumburg, IL 60196-1056
Email: robert.koscielniak@zurichna.com

Re:     Escrow Agreement; Reiteration of Request for Execution of Disbursement Instruction to
        Escrow Agent

Dear Mr. Koscielniak:

**This communication contains a further request that the Depositors immediately sign the
Disbursement Instruction as described below so that funds may be made available to the
tens of thousands of Abuse Victims.**

We represent the BSA Settlement Trust (the "Settlement Trust").  We refer you to (i) that certain
Escrow Agreement made as of April 20, 2023 (the "Escrow Agreement"), by and among The
Bank of New York Mellon, a New York banking corporation (the "Escrow Agent"), American
Zurich Insurance Company, American Guarantee & Liability Insurance Company, and Zurich
American Insurance Company, as successor-in-interest to Zurich Insurance Company, US
Branch, as depositors (collectively, the "Depositors"), the Boy Scouts of America and Delaware
BSA, LLC, as debtors and debtors in possession (together, "BSA"), and, upon its joinder, the
Settlement Trust, and (ii) the Underlying Agreement (as defined in the Escrow Agreement).[1]

This communication is in accordance with Section II.8 (Notices) of the Escrow Agreement; your
counsel is copied.

As you know, Section 3.b of the Underlying Agreement provides, in relevant part, that "[t]he
Settlement Amount (and all income earned thereon in the Escrow Account, minus (i) the fees of
the escrow agent, and (ii) any taxes that are payable and other costs of the Escrow Account,
which amounts in (i) and (ii) shall be paid from the corpus of the Escrow Account (such income
(or loss) minus such amounts, the 'Net Income')) shall remain in the Escrow Account ***until the***

---

[1] Familiarity with the Escrow Agreement and the Underlying Agreement is presumed, and capitalized terms not
otherwise defined herein shall have the definitions ascribed to such terms in the Underlying Agreement, or, if such
term is not in the Underlying Agreement, the definition in the Escrow Agreement.



Mr. Koscielniak
February 17, 2026
Page 2

***Confirmation Order becomes a Final Order, on which date the balance of the Escrow Account, which shall include any Net Income, shall be released from the Escrow Account to the Trust*** (the '<u>Release Date</u>')."  (emphasis added).  Section 42 of the Underlying Agreement confirms that "Release Date" shall have the meaning ascribed to it in Section 3.b of the Underlying Agreement.

The Settlement Trust understands that as of midnight on Friday, February 6, 2026, the Confirmation Order became a Final Order.  As such, the Release Date should have occurred on Monday, February 9, 2026.[2]

Section I.3.b (Delivery of Escrow Property to the Settlement Trust) of the Escrow Agreement provides, in relevant part, that "***[o]n the Release Date, and upon the written instruction of the Depositors*** in the form attached hereto as <u>Exhibit A</u>, ***the Escrow Agent shall*** (i) pay all fees, costs and expenses of the Escrow Agent (including reasonable fees, costs and expenses of its counsel) incurred in the normal course of business of carrying out all duties and obligations under the Escrow Agreement and all taxes that are payable and other costs of the Escrow Account, and (ii) ***release all remaining balance of the Escrow Property to the Settlement Trust***."  (emphasis added).[3]  Exhibit A to the Escrow Agreement provides the form of the *Funds Disbursement to Settlement Trust Instruction* (the "<u>Disbursement Instruction</u>") that must be provided to the Escrow Agent.

On February 3, 2026, counsel to BSA sent an email to counsel to the Depositors (the "<u>First Request</u>") providing the form of Disbursement Instruction consented to by the Settlement Trust and BSA, requesting that the Depositors sign such Disbursement Instruction, and indicating a proposed Release Date of February 9, 2026.

Notwithstanding the aforementioned First Request and the Depositors' obligation to sign the Disbursement Instruction by February 9, 2026, as of the date of this letter the Depositors have not signed the Disbursement Instruction.

The Settlement Trust's position is that there is no basis for the Depositors to delay execution of the Disbursement Instruction because they seek more time to analyze their tax considerations.

---

[2] Escrow Agreement § II.8 provides, in relevant part, that "[w]henever under the terms hereof the time for giving a notice or performing an act falls upon a Saturday, Sunday, or banking holiday, such time shall be extended to the next Business Day."

[3] The Escrow Agreement looks to the Underlying Agreement for the definition of the "Release Date."  *See* Escrow Agreement at 2 (providing, in relevant part, that "[c]apitalized terms not otherwise defined herein shall have the definitions ascribed to such terms in the Plan (as defined herein), which shall be consistent with the meanings given in the Underlying Agreement (as defined herein)."); Plan at § I.A.244 ("'<u>Release Date</u>' means the date on which the Confirmation Order becomes a Final Order or, when such term is used with respect to any Insurance Settlement Agreement with a Settling Insurance Company, the term 'Release Date' shall have the meaning ascribed to such term in the applicable Insurance Settlement Agreement.").



The Settlement Trust hereby requests that the Depositors immediately sign, pursuant to Escrow Agreement § I.3.b, the Disbursement Instruction in the form consented to by the Settlement Trust and BSA.

The Settlement Trust reserves, and does not waive, any and all rights and remedies it has under the Escrow Agreement and the Underlying Agreement, as well as all of its rights at law or in equity.

Thank you for your attention to this serious matter that demands your urgent attention. We look forward to hearing from you.

Sincerely,

**BROWN RUDNICK LLP**

*/s/ David J. Molton*
David J. Molton

cc:

Mark D. Plevin, Esq.
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA 94115
Email: mplevin@crowell.com