**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

DELAWARE BSA, LLC, [1]

      Debtor.

Chapter 11

Case No. 20-10342 (LSS)

**CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of A.M. Saccullo Legal, LLC, hereby certify that on this date I caused a copy of the forgoing to be served upon the parties on the list attached hereto via email, where one is provided, and where no email is provided, via U.S. regular mail.

Dated:  June 22, 2026
Wilmington, Delaware

**A.M. SACCULLO LEGAL, LLC**

*/s/ Mark T. Hurford*
Mark T. Hurford (DE Bar No. 3299)
Mary Augustine (DE Bar No. 4477)
27 Crimson King Drive
Bear, DE 19701
Telephone:  (302) 836-8877
Facsimile:   (302) 836-8787
Email:  mark@saccullolegal.com
        meg@saccullolegal.com

---

[1] The last four digits of the tax identification number of Reorganized Debtor Delaware BSA, LLC are 4311. The Reorganized Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038. On March 13, 2026, the Court entered a final decree closing the chapter 11 case of Boy Scouts of America. *See* Docket No. 13530. Commencing on March 13, 2026, all motions, notices, and other pleadings relating to the Reorganized Debtors shall be filed and administered in the remaining chapter 11 case of Delaware BSA, LLC Case No. 20-10342.

1



Young Conaway Stargatt & Taylor
Attn: Edwin Harron
eharron@ycst.com

Young Conaway Stargatt & Taylor
Attn: Robert Brady
rbrady@ycst.com

Gilbert LLP
Attn: Emily P Grim
grime@gilbertlegal.com

Young Conaway Stargatt & Taylor
Attn: James L. Patton, Jr
jpatton@ycst.com

Balyeat, Leahy, Daley, & Bensinger LLC
Attn: Douglas A. Dailey
doug@dadaleylaw.com

Gilbert LLP
Attn: Kami E Quinn
quinnk@gilbertlegal.com

JPMorgan Chase Bank, NA
Attn: Phil Martin
10 S Dearborn St
Mail Code Il1-1415
Chicago, Il 60603

Cole Schotz P.C.
Attn: Seth Van Aalten, Esq.
svanaalten@coleschotz.com

Kramer Levin Naftalis & Frankel LLP
Attn: David E. Blabey Jr.
dblabey@kramerlevin.com

Kramer Levin Naftalis & Frankel LLP
Attn: Jennifer R. Sharret
jsharret@kramerlevin.com

Kramer Levin Naftalis & Frankel LLP
Attn: Megan M. Wasson
mwasson@kramerlevin.com

Kramer Levin Naftalis & Frankel LLP
Attn: Rachel Ringer
rringer@kramerlevin.com

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer
tmayer@kramerlevin.com

Buchalter, A Professional Corporation
Attn: Shawn M Christianson
schristianson@buchalter.com

Morris, Nichols, Arsht & Tunnell LLP
Attn: Andrew R. Remming
aremming@mnat.com

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott
dabbott@mnat.com

Norton Rose Fulbright US LLP
Attn: Kristian W Gluck
kristian.gluck@nortonrosefulbright.com

Norton Rose Fulbright US LLP
Attn: Ryan E Manns
ryan.manns@nortonrosefulbright.com

Norton Rose Fulbright Us LLP
Attn: Louis R Strubeck, Jr
louis.strubeck@nortonrosefulbright.com

Office of the United States Trustee
Attn: Timothy J Fox, Jr
Timothy.Fox@usdoj.gov

Office of the United States Trustee
Attn: Hannah M McCollum
hannah.mccollum@usdoj.gov

Plevin & Turner LLP
Attn: Mark D Plevin
mplevin@plevinturner.com

Plevin & Turner LLP
Attn: Tracie H Yoon
tyoon@plevinturner.com

US Attorney For Delaware
Attn: David C Weiss
usade.ecfbankruptcy@usdoj.gov

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

A.M. Saccullo Legal, LLC
Attn: Mark Hurford
mark@saccullolegal.com

A.M. Saccullo Legal, LLC
Attn: Anthony Saccullo
ams@saccullolegal.com

A.M. Saccullo Legal, LLC
Attn: Mary Augustine
meg@saccullolegal.com

Womble Bond Dickinson (US) LLP
Attn: Matthew P Ward
matthew.ward@wbd-us.com

Womble Bond Dickinson (US) LLP
Attn: Morgan L Patterson
morgan.patterson@wbd-us.com

Wachtell, Lipton, Rosen & Katz
Attn: Richard Mason
rgmason@wlrk.com

Wachtell, Lipton, Rosen & Katz
Attn:Joseph C. Celentino
jccelentino@wlrk.com

Wachtell, Lipton, Rosen & Katz
Attn: Douglas Mayer
dkmayer@wlrk.com

Porter Malouf, P.A.
Attn: Suzanne Elizabeth Smith
ssmith@portermalouf.com

Paul Hastings LLP
Attn: Kristopher M. Hansen, Esq.
krishansen@paulhastings.com

The County Commission Of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840

Paul Hastings LLP
Attn: Matthew M. Murphy, Esq.
mattmurphy@paulhastings.com

The County Commission Of Fayette County
c/o Steptoe & Johnson Pllc
Attn: John Stump, Esq
Chase Tower - 8th Fl
707 Virginia St E.
Charleston, WV 25301

United States Dept Of Justice
950 Pennsylvania Ave NW, Rm 2242
Washington, DC 20530-0001

Reed Smith LLP
Attn: Kurt F. Gwynne
kgwynne@reedsmith.com

Reed Smith LLP
Attn: Mark W. Eckard
meckard@reedsmith.com

Smith, Katzenstein & Jenkins LLP
Attn: Kelly A Green
kag@skjlaw.com

Smith, Katzenstein & Jenkins LLP
Attn: Kathleen M Miller
kmiller@skjlaw.com

Squire Patton Boggs (US) LLP
Attn: Mark A Salzberg
mark.salzberg@squirepb.com

White & Case LLP
Attn: Michael C. Andolina
mandolina@whitecase.com

White & Case LLP
Attn: Matthew E. Linder
mlinder@whitecase.com

Tybout, Redfearn & Pell
Attn: Robert M. Greenberg
rgreenberg@trplaw.com

Hogan, McDaniel
Attn:  Daniel K. Hogan
dkhogan@dkhogan.com

Law Office of Susan E. Kaufman, LLC
Attn: Susan E. Kaufman
skaufman@skaufmanlaw.com

Robert & Robert PLLC
Attn: Clifford S. Robert
crobert@robertlaw.com

Weller, Green, Toups & Terrell, LLP
Attn: Mitchell A. Toups
matoups@wgttlaw.com

Bass Law, LLC
Attn: Dondra Bass O'Neal
dondra@bassinjurylaw.com

Bielli & Klauder, LLC
Attn: David M. Klauder
dklauder@bk-legal.com

Choate Hall& Stewart LLP
Attn: Douglas R. Gooding
dgooding@choate.com

Marc J Bern & Partners LLP
Attn: Joseph J. Cappelli
jcappelli@bernllp.com

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo PC
Attn: Kim V. Marrkand
KVMarrkand@mintz.com

Seitz, Van Ogtrop & Green, PA
Attn: R. Karl Hill
khill@svglaw.com

Sullivan, Hazeltine, Allinson LLC
Attn: William D. Sullivan
bsullivan@sha-llc.com

Morelli Law Firm PLLC
Attn: Danielle H. Lamberg
dlamberg@morellilaw.com

Potter Anderson & Corroon LLP
Attn: Jeremy W. Ryan
jryan@potteranderson.com

Dechert LLP
Attn: G. Eric Brunstad
eric.brunstad@dechert.com

Friedman Partners LLC
Attn: Lawrence A. Friedman
lfriedman@friedmanpartners.net

Scheer Law Group LLP
Attn: Timothy Silverman
tsilverman@scheerlawgroup.com

The Rosner Law Group LLC
Attn: Frederick B. Rosner/Chan (Cora) Dong
rosner@teamrosner.com

D. Miller & Associates, PLLC
Attn: Ramesh Raghuthaman
ramesh@dmillerlaw.com

Cross & Simon, LLC
Attn: Kevin S. Mann
kmann@crosslaw.com

Cross & Simon, LLC
Attn: Christopher P. Simon
csimon@crosslaw.com

Pfau Cochran Vertetis Amala PLLC
Attn: Darrell L. Cochran
darrell@pcvalaw.com

Pfau Cochran Vertetis Amala PLLC
Attn: Kevin M. Hastings
kevin@pcvalaw.com

Morris, Nichols, Arsht & Tunnell LLP
Attn: Sophie Rogers Churchill
srchurchill@morrisnichols.com

Saul Ewing
Attn: Evan T. Miller
emiller@bayardlaw.com

The Hartford
Attn: Joel Townsend
Joel.Townsend@thehartford.com

The Hartford
Attn: Shannon Congdon
Shannon.Congdon@thehartford.com

Ruggeri Parks Weinberg LLP
Attn: James P. Ruggeri
jruggeri@ruggerilaw.com

Ruggeri Parks Weinberg LLP
Attn: Joshua Weinberg
jweinberg@ruggerilaw.com

Wilmer Cutler Pickering Hale and Dorr LLP
Attn: Philip D. Anker
Philip.Anker@Wilmerhale.com

STAMOULIS & WEINBLATT LLC
Attn: Stamatios Stamoulis
stamoulis@swdelaw.com

O'Melveny & Myers LLP
Attn: Tancred Schiavoni
tschiavoni@omm.com

Century Indemnity Company
Attn: John J. Dwyer
John.Dwyer@brandywineholdings.com

The Chubb Companies
Attn: Christopher J. Celentano
Christoper.celentano@chubb.com

Tybout, Redfearn & Pell
Attn: Robert M. Greenberg
rgreenberg@trplaw.com

Plevin & Turner LLP
Attn: Mark D. Plevin
mplevin@plevinturner.com

Plevin & Turner LLP
Attn: Tacie H. Yoon
tyoon@plevinturner.com

Zurich North America
Attn: Robert Koscielniak
robert.koscielniak@zurichna.com

Ballard Spahr LLP
Attn: Matthew G. Summers
summersm@ballardspahr.com

Ballard Spahr LLP
Attn: Chantelle D. McClamb
mcclambc@ballardpshar.com

STEPTOE & JOHNSON LLP
Attn: Harry Lee
hlee@steptoe.com

STEPTOE & JOHNSON LLP
Attn: John O'Connor
joconnor@steptoe.com

Enstar (US) Inc.
Attn: Robert Redpath
Robert.Redpath@enstargroup.com

Enstar (US) Inc.
Attn: James B. Dolan, Jr., Esq.
James.Dolan@enstargroup.com