**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| | : | Case No. 20-10342 (LSS) |
| DELAWARE BSA, LLC,[1] | : | |
| | : | **Re:  D.I. 447, 538** |
| | : | |
| Reorganized Debtor. | : | **Hearing Date:  July 24, 2026 at 10:00 A.M. ET** |
| | : | |

**STIPULATION BETWEEN UNITED STATES TRUSTEE AND THE BSA SETTLEMENT TRUST RE:  THE UNITED STATES TRUSTEE'S MOTION FOR A (I) STATUS REPORT RELATING TO CLAIMANT TREATMENT FROM THE SCOUTING SETTLEMENT TRUST AND (II) STATUS CONFERENCE**

In connection with the United States Trustee's motion for a (i) status report relating to claimant treatment from the Scouting Settlement Trust and (ii) status conference (the "Motion") [D.I. 447], Andrew R. Vara, United States Trustee for Region 3 (the "U.S. Trustee"), and The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust (the "Trust"), stipulate:

1.      The Trust will file the requested status report on or before July 6, 2026; and

2.      A status conference regarding the status report may be held at the Court's discretion at the July 24, 2026 omnibus hearing.

---

[1]  The last four digits of the tax identification number of Reorganized Debtor Delaware BSA, LLC ("Delaware BSA") are 4311. The Reorganized Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038. On March 13, 2026, the Court entered a final decree closing the chapter 11 case of Boy Scouts of America. See Dkt. No. 13530 in Case No. 20-10343. Commencing on March 13, 2026, all motions, notices, and other pleadings relating to the Reorganized Debtor shall be filed and administered in the remaining chapter 11 case of Delaware BSA, LLC Case No. 20-10342.

Dated: July 8, 2026
      Wilmington, Delaware

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By: *Hannah J. McCollum*
Joseph J. McMahon, Jr. (# 4819)
Assistant United States Trustee
Hannah J. McCollum
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
joseph.mcmahon@usdoj.gov
hannah.mccollum@usdoj.gov

Dated: July 8, 2026
      Wilmington, Delaware

**A.M. SACCULLO LEGAL, LLC**

By: *Mark T. Hurford*
Mark T. Hurford (# 3299)
27 Crimson King Drive
Bear, DE  19701
(302) 836-8877
(302) 836-8787 (Fax)
mark@saccullolegal.com

-and-

**GILBERT LLP**

Kami E. Quinn (admission pro hac vice)
Emily P. Grim (admission pro hac vice)
Michael B. Rush (admission pro hac vice)
Brittney M. Welch (admission pro hac vice)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
(202) 772-2200
(202) 772-3333
quinnk@gilbertlegal.com
grime@gilbertlegal.com
rushm@gilbertlegal.com
welchb@gilbertlegal.com

*Attorneys for the Honorable Barbara J. Houser*

2

*(Ret.), in her capacity as Trustee of the BSA*
*Settlement Trust*